ACCEPTED
06-15-00021-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/4/2015 10:48:47 PM
DEBBIE AUTREY
CLERK

NO. 06-15-00021-CV

IN THE COURT OF APPEALS
SIXTH APPELLATE DISTRICT
STATE OF TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/4/2015 10:48:47 PM
DEBBIE AUTREY
Clerk

_____

**Sidney B. Hale, Jr., Appellant**
**v.**
**City of Bonham, Appellee**

_____

**Original Proceeding From The**
**336th Judicial District Court of**
**Fannin County, Texas**
**Cause No. CV-14-41722**

_____

**APPELLANT'S REQUEST FOR EXTENSION OF TIME**
**TO FILE APPELLANT'S BRIEF**

_____

TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:

COMES NOW, Appellant, Sidney B. Hale, Jr. ("Appellant" and/or "Mr. Hale") who respectfully requests that this Court allow an extension of time for filing Appellant's Brief in the Court of Appeals, Sixth Appellant District. This Request for an Extension is filed in advance of the deadline to file Appellant's Brief and in accordance with Tex. R. App. Proc. 10.5(b)(1).

Mr. Hale's Notice of Appeal was filed with the 336th Judicial District Court on March 26, 2015. The Clerk's Record was filed on April 24, 2015. The

1

Reporter's Record was filed on May 6, 2015.

Under Texas Rules of Appellate Procedure, the deadline for filing Appellant's Brief is June 5, 2015.

Pursuant to Texas Rules of Appellate Procedure 38.6(d), Mr. Hale respectfully requests a thirty (30) day extension of time to file Appellant's Brief. If Mr. Hale's request is granted, the new deadline to file Appellant's Brief will be July 6, 2015. This is the first request for extension of time filed in the Court of Appeals, Sixth Appellate District.

Mr. Hale's Appellant Brief is primarily based on the application of sovereign immunity by the trial court and corresponding dismissal of Mr. Hale's counterclaims against Appellee, City of Bonham. Mr. Hale holds firm in his position that sovereign immunity does not apply to facts and circumstances of this case. However, the interests of justice require Mr. Hale to evaluate and determine the most efficient and effective course of action. In other words, Mr. Hale must now evaluate the claims and issues in the underlying suit to determine whether to pursue the time and expense of an Appeal, and if successful, whether to proceed with the time-consuming and expensive process of a trial on the merits. Consequently, Mr. Hale respectfully requests additional time to conduct this evaluation to determine whether the pursuit of an Appeal is the most justiciable course of action.

## PRAYER

For the foregoing reasons, Appellant Sidney B. Hale, Jr. respectfully requests their Motion for Extension of Time be granted in all respects.

Respectfully submitted,

**COATS & EVANS, P.C.**

By:     /s/ *Gary L. Evans*
        Gary Linn Evans
        State Bar No. 00795338
        E-mail: evans@texasaviationlaw.com
        George Andrew Coats
        State Bar No. 00783846
        E-mail: coats@texasaviationlaw.com
        P.O. Box 130246
        The Woodlands, Texas  77393-0246
        Telephone:  (281) 367-7732
        Facsimile:  (281 367-8003

**ATTORNEYS FOR APPELLANT
SIDNEY B. HALE, JR.**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with counsel for Appellee regarding via email, and Appellee is unopposed to Appellant's Request for Extension of Time.

/s/*Gary L. Evans*
        Gary L. Evans

## CERTIFICATE OF SERVICE

I certify that pursuant to Rule 21a of the Texas Rules of Civil Procedure a true and correct copy of the foregoing instrument has been delivered to all counsel of on the 4th day of June, 2015.

Mr. Christopher S. Kilgore                            ***Via Electronic Filing***
Dottie Sheffield
**HELMS & KILGORE, PLLC**
2201 Main Street, Suite 212
Dallas, Texas 75201
Telephone: 972-532-6484
Facsimile: 972-532-6496

**ATTORNEYS FOR PLAINTIFF**
**CITY OF BONHAM**

                                        **/s/*Gary L. Evans***
                                            Gary L. Evans